UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Reginald West,

Inmate ID Number: 529131,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*


JUN 02 2025
FOR MAILING

Case No.: 3:25cv784-MCR-ZCB
*(To be filled in by the Clerk's Office)*

v.  L.T. M. Barber
    LT John Doe; AND,

C.O. I Rodriguez; AND,

Sgt M. Lapaix,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____/

Jury Trial Requested?
☒ YES  ☐ NO

FILED USDC FLND PN
JUN 9 '25 AM11:40

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Reginald West   ID Number: 529131

List all other names by which you have been known: Reggie West Reginald Dwyane West

Current Institution: Union Correctional Institution

Address: P.O. Box 1000, Raiford, Florida 32083

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: L.T. M. Barber ~~LT. John Doe~~

   Official Position: LIEUTENANT C.O.

   Employed at: Florida Department of Corr. Union C.I.

   Mailing Address: P.O. Box 1000 Raiford, Fla. 32083

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: <u>I. Rodriguez</u>

   Official Position: <u>Correctional Officer C.O. 1</u>

   Employed at: <u>Union Correctional Institution</u>

   Mailing Address: <u>P.O. Box 1000</u>
   <u>Raiford, Florida 32083</u>

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: <u>Sgt. M. Lapoix C.O. II</u>

   Official Position: <u>Correctional officer, Sgt. C.O. II.</u>

   Employed at: <u>Union Correctional Institution</u>

   Mailing Address: <u>P.O. Box 1000</u>
   <u>Raiford, Florida 32083</u>

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On 12-5-2024 while housed at Union Corr. Inst. V-1 CM/unit, at approximately 1:55 AM and 2:15 am I was removed from my cell by Lt. ~~John Doe~~ M. Barber, Sgt. M. Lapaix, and C.O. I. Rodriguez because Lt. John Doe alleged to have smelled smoke coming from my cell. After completing a cell search and failing to find tobacco products they became angry and started to man handle me without cause. At this time I grabbed a hold of the bean flap to keep my balance when correctional officers Rodriguez and Lapaix grabbed my wrist and forcefully broke it. At the sound of the pop and the pain caused by my injury I yelled-out in pain. I asked these officers to stop hurting me but they disregarded my pleas. After a few moments a different lieutenant came to my cell where I reported that I needed medical attention because my wrist was broken and it was causing my a great deal of pain. However, the Lt. told me that he couldn't do sh-t for me and left. Although I declared a medical emergency my request for medical attention was denied where I was left in my cell with a broken, swollen

**Statement of Facts Continued** *(Page 2 of 2 )*

wrist which caused much pain. As such, Plaintiff Declares that;
1) Lt. ~~John Doe~~ M. Barber was deliberately indifferent to his subordinate officers Rodriguez and Lapaix's use of excessive force which was used to maliciously and sadistically cause Plaintiff harm by failing to render aid in violation of both state and federal prohibitions against cruel and unusual punishment; 2) C.O. I Rodriguez used excessive force which was applied to maliciously and sadistically cause Plaintiff harm by breaking his wrist in violation of U.S. Const. Amend. 8, prohibition against cruel and unusual punishment; and 3). Sgt. M. Lapaix, used excessive force which was applied to maliciously and sadistically cause Plaintiff harm by assisting C.O. I Rodriguez to bend Plaintiff's wrist back until it broke in violation of U.S. Const. Amend 8, cruel and unusual punishment clause. All three Defendants in this suit acted under Color of law. All three Defendants were deliberately indifferent to Plaintiff's serious medical needs by failing to notify medical for over six (6) hours of enduring much pain.

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

6

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

See; Attachment page 7-A Attached hereto

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Defendant Moves this honorable Court for actual, punitive, monetary award of $50,000.00 as to each Defendant totalling $150,000.00 Plus all cost incurred due to imposition of this suit be reimbursed by these Defendants.

Reginald West                               supplemental page 7-A

vs.

LT. John Doe, et.al.,

V. STATEMENT OF CLAIMS:

Claim one: LT. ~~John Doe~~ M. Barber, under color of law used excessive force in violation of U.S. constitutional Amendment 8 by forcefully bending Plaintiff's wrist until it broke maliciously and sadistically directed to cause harm and was deliberately indifferent to the actions of his subordinate Officers by failing to render aid or order them to stop the assault. Plaintiff move for punitive damages of $50,000.00 included in monetary damages.

Claim two: Defendant C.O. J. Rodriguez, under color of law used unnecessary force and broke Plaintiff's wrist without provocation maliciously and sadistically to cause harm in a wanton and reckless manner in violation of U.S. constitutional Amend. 8. Cruel and unusual punishment Clause. Plaintiff moves for $50,000.00 for punitive and monetary damages for excessive of force by a State prison guard causing perminent injury and deformation of Plaintiff's wrist.

Claim three: Defendant Sgt. C.O. II Lapaix, under color of law used unnecessary use of excessive force by twisting Plaintiff's wrist until it broke maliciously and sadistically directed to cause Plaintiff harm in violation of U.S. const. Amend 8. cruel and unusual punishment. Plaintiff moves for $50,000.00, as to this Defendant for punitive and monetary relief as his actions caused pain and deformation exceeding deminimus injury.

7-A

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act...." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #:_____

   Court: _____

2. Date:_____ Case #:_____

   Court: _____

3. Date:_____ Case #:_____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties:_____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6/2/25   Plaintiff's Signature: *West, Reginald*

Printed Name of Plaintiff: Reginald WEST

Correctional Institution: Union Correctional Institution

Address: P.O. Box 1000 Raiford, Florida 32083

---

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the _____ day of _____,

20____.

Signature of Incarcerated Plaintiff: _/s/ West, Reginald_____

Reginald WEST 529131
Union Correctional Institution
P.O. BOX 1000
Raiford, Fl 32083



Mailed from a State Correctional Institution

JUN 09 2025

CLERK US District Court
ONE North Palafox Street
Pensacola Fl 32502-565

LEGAL MAIL

