UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REGINALD WEST

       Plaintiff,

v.                                  Case No. 3:25-cv-1005-WWB-PDB

LT. BARBER, et al.,

       Defendant(s).

## WAIVER OF THE SERVICE OF SUMMONS

I have received your request to waive service of a summons in this action along with a copy of the complaint.

I agree to save the expense of serving a summons and complaint in this case.

I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I must file and serve an answer or a motion under Rule 12 within **60 days** from the date below, on which this waiver was executed. If I fail to do so, a default judgment will be entered against me.

Date: 11/17/2025

Lt. Barber, Sgt. Lapoix, and Off. Rodriguez

_____
Printed Name of Party Waiving Service of Summons

/s/ Broderick Taylor
_____
*Signature of the attorney*

Broderick Taylor
Printed Name of Attorney

Office of the Attorney General
1300 Riverplace Blvd. Suite 405
Jacksonville FL 32207

Address

Broderick.Taylor@myfloridalegal.com

E-mail address

(904) 456-6471

Telephone number